■ RENATA MARTELLO, Appellant, v MICHAEL MARTELLO, Respondent. [42 NYS3d 865]—Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Janet C. Malone, J.), dated October 14, 2015. The order, insofar as appealed from, denied that branch of the plaintiff's motion which was to vacate a so-ordered stipulation dated April 22, 2014.

Ordered that the order is affirmed insofar as appealed from, with costs.

In February 2014 the defendant moved to modify the parties' judgment of divorce so as to award him sole custody of the parties' children. On April 22, 2014, the parties entered into a so-ordered stipulation pursuant to which they agreed to share legal custody of the children. Thereafter, the plaintiff moved, inter alia, to vacate the stipulation, claiming that her attorney lacked authority to sign it. In the order appealed from, the Supreme Court denied that branch of the plaintiff's motion.

That branch of the plaintiff's motion which was to vacate the stipulation was properly denied, since the plaintiff failed to show that her attorney did not have apparent authority to sign the stipulation on her behalf (*see Hallock v State of New York*, 64 NY2d 224, 231 [1984]; *Wil Can [USA] Group., Inc. v Shen Zhang*, 73 AD3d 1166, 1167 [2010]; *Cooper v Hempstead Gen. Hosp.*, 2 AD3d 566, 567 [2003]). Rivera, J.P., Chambers, Roman and LaSalle, JJ., concur.